UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-735-H

MICHAEL CLARK, et al.                                                                                    PLAINTIFF

V.

BELLSOUTH TELECOMMUNICATIONS, INC.                               DEFENDANT AND
                                                                                         THIRD PARTY PLAINTIFF

V.

MARK TREESH, COMMISSIONER
KENTUCKY DEPARTMENT OF REVENUE                                   THIRD PARTY DEFENDANT

**MEMORANDUM AND ORDER**

Third Party Defendant, Mark Treesh, has moved to dismiss the Third Party Complaint on the grounds that the Court lacks jurisdiction due to the Eleventh Amendment to the United States Constitution. BellSouth has agreed with this position. Therefore, the Third Party Defendant should be dismissed and it need not attend the scheduled settlement conference.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Third Party Defendant's motion to dismiss is SUSTAINED and the Third Party Complaint against Mark Treesh, Commissioner, is DISMISSED WITH PREJUDICE.

cc:     Counsel of Record